■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES JONES, Appellant. [997 NYS2d 413]—

Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered March 21, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree and aggravated harassment in the second degree, and sentencing him to an aggregate term of 60 days, concurrent with five years' probation, unanimously modified, on the law, to the extent of vacating the aggravated harassment conviction and dismissing that count of the indictment, and otherwise affirmed.

As the People concede, the aggravated harassment conviction (Penal Law § 240.30 [1] [a]) must be vacated because the Court of Appeals has declared the statute unconstitutional (*see People v Golb*, 23 NY3d 455, 467-468 [2014]).

Defendant failed to preserve any of his challenges to his remaining conviction, and we decline to review them in the interest of justice. Moreover, there is no proof that defendant served the Attorney General with the requisite notice of his

challenges to the constitutionality of the statute under which he was convicted (*see* Executive Law § 71). As an alternative holding, we reject defendant's claims on the merits. We note that defendant has a prior felony conviction and cannot legitimately claim that he is entitled to possess a stun gun. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Manzanet-Daniels, JJ.